**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000617
22-DEC-2023
07:47 AM
Dkt. 12 OGMD**

NO. CAAP-23-0000617

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

T.R., Plaintiff-Appellee, v.
D.R., Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3FDA-23-0000643)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Guidry, JJ.)

Upon consideration of self-represented Defendant-Appellant D.R.'s November 28, 2023 "Request to Withdraw Case CAAP-23-0000617," which the court construes as a motion to dismiss the appeal, and the record, IT IS HEREBY ORDERED that the motion is granted. The appeal is dismissed under Hawaiʻi Rules of Appellate Procedure Rule 42(a).

DATED: Honolulu, Hawaiʻi, December 22, 2023.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge